UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| KENT ALLAN WILSON | ) | BANKRUPTCY CASE NUMBER 09-13282 |
| KATHERINE LEA WILSON | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on January 26, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #116 issued to Sallie Mae, c/o Sallie Mae Inc., 220 Lasley Avenue, Wilkes-Barre, PA 18706 on February 21, 2011 in the amount of $632.78 has not been cashed.

4. That the Trustee hereby gives notice that such amount of **$632.78** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

                                              Respectfully submitted,

                                              ___/s/ Yvette Gaff Kleven_____
                                              Yvette Gaff Kleven, Chapter 7 Trustee
                                              927 South Harrison Street
                                              Fort Wayne, Indiana   46802
                                              Telephone:   260 / 407-7000
                                              ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of May, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Sallie Mae, c/o Sallie Mae Inc., 220 Lasley Avenue, Wilkes-Barre, PA 18706.

                                        ____/s/ Yvette Gaff Kleven_____
                                        Yvette Gaff Kleven